B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Eastern District of North Carolina - Wilmington Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>East Coast Development II, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA 100 Block of Market Street, LLC; DBA Movies One, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>33-1024730 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>118-C Princess Street<br>Wilmington, NC<br>ZIP Code  28401 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>New Hanover | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 2277<br>Wilmington, NC<br>ZIP Code  28402 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | East Coast Development II, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br><br>    _____<br>    (Address of landlord)<br><br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                                Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| East Coast Development II, LLC |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Trawick H. Stubbs, Jr.
Signature of Attorney for Debtor(s)

 Trawick H. Stubbs, Jr. 4221
Printed Name of Attorney for Debtor(s)

 Stubbs & Perdue, P.A.
Firm Name
 PO Box 1654
 New Bern, NC 28563

_____
Address

 252-633-2700
Telephone Number
 April  8, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ James A. McFarland, Jr.
Signature of Authorized Individual
 James A. McFarland, Jr.
Printed Name of Authorized Individual
 Sole Member
Title of Authorized Individual
 April  8, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re __East Coast Development II, LLC_____  Case No. _____
                                    Debtor(s)        Chapter       __11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Ruth Mazurek<br>98-11 Queens Blvd., Suite 1B<br>Rego Park, NY 11374 | Ruth Mazurek<br>98-11 Queens Blvd., Suite 1B<br>Rego Park, NY 11374 | Northwest Lands Project | Contingent | 208,825.13 |
| Nancy Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | Nancy Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | Loans to Debtor | | 151,500.00 |
| Nancy Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | Nancy Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | Accounts Payable | | 131,038.29 |
| Cindy York, Esq.<br>2030 Eastwood Road, Suite 7<br>Wilmington, NC 28403 | Cindy York, Esq.<br>2030 Eastwood Road, Suite 7<br>Wilmington, NC 28403 | | Disputed | 81,000.00 |
| Brad Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | Brad Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | Repair & Maintenance | | 55,000.00 |
| Brunswick County Tax Office<br>Attn: Managing Agent<br>P.O. Box 29<br>Bolivia, NC 28422-0029 | Brunswick County Tax Office<br>Attn: Managing Agent<br>P.O. Box 29<br>Bolivia, NC 28422-0029 | Ad Valorem Taxes | | 12,932.73 |
| Onslow County Tax Office<br>Attn: Managing Agent<br>39 Tallman Street<br>Jacksonville, NC 28540 | Onslow County Tax Office<br>Attn: Managing Agent<br>39 Tallman Street<br>Jacksonville, NC 28540 | Ad Valorem Taxes | | 12,407.36 |
| Paramount Engingeering<br>Attn: Managing Agent<br>5911 Oleander Drive, Suite 201<br>Wilmington, NC 28403 | Paramount Engingeering<br>Attn: Managing Agent<br>5911 Oleander Drive, Suite 201<br>Wilmington, NC 28403 | Engineering of Deck located at 118-122 Princess Street, Wilmington, NC and 37 acres on Ellis Road, Jacksonville, NC | | 12,201.80 |
| New Hanover County Tax Office<br>Attn: Managing Agent<br>P.O. Box 18000<br>Wilmington, NC 28406 | New Hanover County Tax Office<br>Attn: Managing Agent<br>P.O. Box 18000<br>Wilmington, NC 28406 | Ad Valorem Taxes | | 12,152.94 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   East Coast Development II, LLC

Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Fire Technologies, Inc.<br>c/o H. Kenneth Stephens, II<br>701 Princess Street<br>Wilmington, NC 28401 | Fire Technologies, Inc.<br>c/o H. Kenneth Stephens, II<br>701 Princess Street<br>Wilmington, NC 28401 | Claim of Lien - 10 M 1791 | | 5,111.60 |
| Brian Geshicker, Esq.<br>215 Racine Drive, Suite 204<br>Wilmington, NC 28403 | Brian Geshicker, Esq.<br>215 Racine Drive, Suite 204<br>Wilmington, NC 28403 | Legal Services | | 3,569.19 |
| Pender County Tax Office<br>Attn:  Managing Agent<br>P.O. Box 1047<br>Burgaw, NC 28425-1047 | Pender County Tax Office<br>Attn:  Managing Agent<br>P.O. Box 1047<br>Burgaw, NC 28425-1047 | Ad Valorem Taxes | | 354.09 |
| State of North Carolina<br>c/o William E. Wolak, Esq.<br>615 Bess Street<br>Wilmington, NC 28402 | State of North Carolina<br>c/o William E. Wolak, Esq.<br>615 Bess Street<br>Wilmington, NC 28402 | Potential Recovery | Contingent<br>Unliquidated<br>Disputed | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April  8, 2011

Signature   /s/ James A. McFarland, Jr.

James A. McFarland, Jr.
Sole Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re    East Coast Development II, LLC               ,      Case No. _____

                              Debtor

Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 24,478,335.00 | | |
| B - Personal Property | Yes | 4 | 313,939.82 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 11,126,790.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 37,847.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,008,178.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 24,792,274.82 | | |
| Total Liabilities | | | | 12,172,815.41 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re    East Coast Development II, LLC                                                    Case No. _____

                                                                              ,
                                    Debtor

                                                                              Chapter                    11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   East Coast Development II, LLC   ,   Case No. _____

                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 67 & 69 and 71 & 73 Court Street (2 finished duplexes) and 14.4 acres (development site with 19 duplex lots) - Osprey Point - Court Street & Loyola, Jacksonville, NC | | - | 2,600,000.00 | 1,487,602.14 |
| 20 N. Front Street, Wilmington, NC (Parking Lot) | | - | 600,000.00 | 1,487,602.14 |
| 127 Market Street, Wilmington, NC (Parking Lot) | | - | 600,000.00 | 1,487,602.14 |
| 3404 & 3412 Castle Hayne Road & 109 Gladiolus Road, Castle Hayne, NC (Commercial Development Site) | | - | 800,000.00 | 1,487,602.14 |
| 118-122 Princess Street, Wilmington, NC (Rental Building housing 2 restaurants & offices) | | - | 2,250,000.00 | 2,396,385.00 |
| 125 Market Street, Wilmington, NC (Vacant Building) | | - | 1,100,000.00 | 2,396,385.00 |
| 121 Market Street, Wilmington, NC (aka 119 Market Street) (Commercial Development Site) | | - | 1,100,000.00 | 739,986.15 |
| 126 Princess Street, Wilmington, NC (Parking Lot) | | - | 1,000,000.00 | 739,986.15 |
| 304 & 308 Castle Hayne Road, Castle Hayne, NC (aka 1704 Castle Hayne Road) (Office Space) | | - | 550,000.00 | 169,939.00 |
| 145 & 147 Brentwood Road, Wilmington, NC (7.65-acre Multi Family Development Site) | | - | 800,000.00 | 261,242.26 |
| 1020 N. Front Street, Wilmington, NC (Commercial Building) | | - | 3,600,000.00 | 2,108,836.95 |
| 105 Swing Road, Greensboro, NC (Commercial Building) | | - | 1,017,000.00 | 3,382,798.51 |
| 5600 Chapel Hill Hwy, Raleigh, NC (Commercial Building | | - | 1,231,700.00 | 3,382,798.51 |
| | | Sub-Total > | 17,248,700.00 | (Total of this page) |

   _1_   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    East Coast Development II, LLC                                                  ,        Case No. _____
                                                                            Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2841 Azalea Drive, Charleston, SC (Commercial Building) | | - | 2,045,300.00 | 3,382,798.51 |
| 1400 Bluff Road, Columbia, SC (Commercial Building) | | - | 1,463,335.00 | 3,382,798.51 |
| 1000 Woodruff Road, Greenville, SC (Commercial Building) | | - | 1,356,000.00 | 3,382,798.51 |
| 50% interest owned with Hampstead 504, LLC in 4 acres, Hampstead, NC (Residential Development Site) | | - | 200,000.00 | 0.00 |
| 33.3% interest owned with Jonathan W. Washburn & David B. Benford in 30.41 acres located at the intersection of Hwys 74 & 76 and Mt. Misery Road, located off Summerlin Road, Leland, NC | | - | 1,800,000.00 | 580,000.00 |
| 121 Brentwood Road, Wilmington, NC (0.23-acre development site) | | - | 75,000.00 | 0.00 |
| 8325 Bald Eagle Lane, Wilmington, NC (Single Family Residential Development Lot) | | - | 290,000.00 | 0.00 |

|  | Sub-Total > | 7,229,635.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 24,478,335.00 | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    East Coast Development II, LLC                          ,    Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Account Ending in 3612 | - | 8,202.87 |
| | | Wachovia Checking Account Ending in 0605 | - | 283.33 |
| | | Wachovia Money Market Account Ending in 0618 | - | 661.61 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture located at 67 Court Street | - | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >      14,147.81

                                                   (Total of this page)

   __3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    East Coast Development II, LLC                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | A/R - Mad Hatter of Wilmington, Inc. for Rent for February 2011 - March 2011 in the amount of $22,343.61 Amount believed to be collectible is value shown | - | 0.00 |
| | | A/R - Koke & Company, LLC - Rent & Utilities for May 2010 - March 2011 in the amount of $54,102.87 Amount believed to be collectible is value shown | - | 54,102.87 |
| | | A/R - Creole Cafe, LLC - Rent, Utilities, & Extra Upfit Costs for April 2010 - March 2011 in the amount of $114,539.14 Amount believed to be collectible is value shown | - | 114,539.14 |
| | | A/R - Movies One, LLC and Hampstead 504, LLC vs. ABZ, LLC; Jamestown Pender Commercial, L.P., Jamestown Pender Residential, L.P.; Pender County Board of Education - Lawsuit - Entitled to 50% of Potential $500,000.00 Recovery Amount believed to be collectible is value shown | - | 125,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >          293,642.01
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    East Coast Development II, LLC
_____,    Case No. _____
                                    **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 50% interest with James A. McFarland, Jr. in a 2005 Volvo, VIN: YV1TS592651413268 | - | 6,150.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >      6,150.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    East Coast Development II, LLC                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 313,939.82 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    East Coast Development II, LLC                                        Case No. _____
                                                              ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2187 | | | 06/01/2005 | | | | | |
| Creditor #: 1 BB&T Attn: Managing Agent P.O. Box 2306 Wilson, NC 27894-2306 | X | - | Deed of Trust & Assignment of Rents 121 Market Street, Wilmington, NC (aka 119 Market Street) (Commercial Development Site); 126 Princess Street, Wilmington, NC (Parking Lot) | | | | | |
| | | | Value $            2,200,000.00 | | | | 739,986.15 | 0.00 |
| Account No. xxxxxxxx0509 | | | 9/15/2005 | | | | | |
| Creditor #: 2 Ciena Capital Attn: Managing Agent 212 S. Tryon St., Suite 1560 Charlotte, NC 28281 | X | - | Deed of Trust & Assignment of Rents 118-122 Princess Street, Wilmington, NC (Rental Building housing 2 restaurants & 1 office); 125 Market Street, Wilmington, NC (Vacant Building) | | | | | |
| | | | Value $            3,350,000.00 | | | | 2,396,385.00 | 0.00 |
| Account No. xxxxx0755 | | | 02/21/2007 | | | | | |
| Creditor #: 3 First Bank Attn: Managing Agent P.O. Box 926 Troy, NC 27371-0926 | X | - | Deed of Trust & Assignment of Rents 304 & 308 Castle Hayne Road, Castle Hayne, NC (aka 1704 Castle Hayne Road) (Office Space) | | | | | |
| | | | Value $              550,000.00 | | | | 169,939.00 | 0.00 |
| Account No. xxxxx0757 | | | 02/21/2007 | | | | | |
| Creditor #: 4 First Bank Attn: Managing Agent P.O. Box 926 Troy, NC 27371-0926 | X | - | Deed of Trust & Assignment of Rents 145 & 147 Brentwood Road, Wilmington, NC (7.65-acre Multi Family Development Site) | | | | | |
| | | | Value $              800,000.00 | | | | 261,242.26 | 0.00 |

___1___ continuation sheets attached

Subtotal
(Total of this page)                                           3,567,552.41              0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    East Coast Development II, LLC                          ,      Case No. _____

                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. xxxxx0765 | | | | | 03/19/2007 | | | | | |
| Creditor #: 5<br>First Bank<br>Attn:  Managing Agent<br>P.O. Box 926<br>Troy, NC 27371-0926 | X | | - | | 1st Deed of Trust & Assignment of Rents<br><br>1020 N. Front Street, Wilmington, NC (Commercial Building) | | | | | |
| | | | | | Value $     3,600,000.00 | | | | 363,017.00 | 0.00 |
| Account No. xxxxxx0157 | | | | | 11/19/2007 | | | | | |
| Creditor #: 6<br>First Bank<br>Attn:  Managing Agent<br>P.O. Box 926<br>Troy, NC 27371-0926 | X | | - | | Deed of Trust & Assignment of Rents 33.3% interest owned by Jonathan W. Washburn & David B. Benford in 30.41 acres located at the intersection of Hwys 74 & 76 and Mt. Misery Road, located off Summerlin Road, Leland, NC | | | | | |
| | | | | | Value $     1,800,000.00 | | | | 580,000.00 | 0.00 |
| Account No. | | | | | 10/26/2009 | | | | | |
| Creditor #: 7<br>Georgia Capital, LLC<br>Attn:  Managing Agent<br>3525 Piedmont Road<br>Atlanta, GA 30305 | X | | - | | Deed of Trust & Assignment of Rents 67 & 69 and 71 & 73 Court Street (two finished duplexes) and 14.4-acre development site with 19 duplex lots - Osprey Pointe, Jacksonville, NC; 20 N. Front Street, Wilmington, NC; 127 Market Street, Wilmington, NC; 3404 & 3412 | | | | | |
| | | | | | Value $     4,600,000.00 | | | | 1,487,602.14 | 0.00 |
| Account No. xxx-xx-x342-8 | | | | | 09/27/2007 | | | | | |
| Creditor #: 8<br>Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 740502<br>Atlanta, GA 30374-0502 | X | | - | | 2nd Deed of Trust & Assignment of Rents<br><br>1020 N. Front Street, Wilmington, NC (Commercial Building) | | | | | |
| | | | | | Value $     3,600,000.00 | | | | 1,745,819.95 | 0.00 |
| Account No. xxx-xx-x958-3 | | | | | 07/03/2008 | | | | | |
| Creditor #: 9<br>Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 740502<br>Atlanta, GA 30374-0502 | X | | - | | Deed of Trust & Assignment of Rents 105 Swing Road, Greensboro, NC; 5600 Chapel Hill Hwy, Raleigh, NC; 2841 Azalea Drive, Charleston, SC; 1400 Bluff Road, Columbia, SC; 1000 Woodruff Road, Greenville, SC (Commercial Buildings) | | | | | |
| | | | | | Value $     7,113,335.00 | | | | 3,382,798.51 | 0.00 |

Sheet   1   of   1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 7,559,237.60 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 11,126,790.01 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re   East Coast Development II, LLC                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    East Coast Development II, LLC                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. xxxx958-0 | | | | 2009 & 2010 | | | | | |
| Creditor #: 1 Brunswick County Tax Office Attn: Managing Agent P.O. Box 29 Bolivia, NC 28422-0029 | | - | | Ad Valorem Taxes | | | | | 0.00 |
| | | | | | | | | 12,932.73 | 12,932.73 |
| Account No. xx6207 | | | | 2010 | | | | | |
| Creditor #: 2 New Hanover County Tax Office Attn: Managing Agent P.O. Box 18000 Wilmington, NC 28406 | | - | | Ad Valorem Taxes | | | | | 0.00 |
| | | | | | | | | 12,152.94 | 12,152.94 |
| Account No. xxxxx7000 | | | | 2010 | | | | | |
| Creditor #: 3 Onslow County Tax Office Attn: Managing Agent 39 Tallman Street Jacksonville, NC 28540 | | - | | Ad Valorem Taxes | | | | | 0.00 |
| | | | | | | | | 12,407.36 | 12,407.36 |
| Account No. xx1226 | | | | 2010 | | | | | |
| Creditor #: 4 Pender County Tax Office Attn: Managing Agent P.O. Box 1047 Burgaw, NC 28425-1047 | | - | | Ad Valorem Taxes | | | | | 0.00 |
| | | | | | | | | 354.09 | 354.09 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet _1__ of _1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 37,847.12 | 0.00 37,847.12 |
| Total (Report on Summary of Schedules) | 37,847.12 | 0.00 37,847.12 |

B6F (Official Form 6F) (12/07)

In re   East Coast Development II, LLC                                  ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | 11/01/2009 | | | | |
| Creditor #: 1<br>Brad Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | - | | | | Repair & Maintenance | | | | 55,000.00 |
| Account No. | | | | | July 2008 | | | | |
| Creditor #: 2<br>Nancy Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | - | | | | Loans to Debtor | | | | 151,500.00 |
| Account No. | | | | | March 2010 | | | | |
| Creditor #: 3<br>Nancy Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | - | | | | Accounts Payable | | | | 131,038.29 |
| Account No. | | | | | 09/24/2010 | | | | |
| Creditor #: 4<br>Fire Technologies, Inc.<br>c/o H. Kenneth Stephens, II<br>701 Princess Street<br>Wilmington, NC 28401 | - | | | | Claim of Lien - 10 M 1791 | | | | 5,111.60 |
| __2__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 342,649.89 |

B6F (Official Form 6F) (12/07) - Cont.

In re  East Coast Development II, LLC                                           ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | February 2011 Legal Services | | | | |
| Creditor #: 5 Brian Geshickter, Esq. 215 Racine Drive, Suite 204 Wilmington, NC 28403 | - | | | | | | | |
| | | | | | | | | 3,569.19 |
| Account No. | | | | Northwest Lands Project | | | | |
| Creditor #: 6 Ruth Mazurek 98-11 Queens Blvd., Suite 1B Rego Park, NY 11374 | - | | | | X | | | |
| | | | | | | | | 208,825.13 |
| Account No. | | | | 2009 Loan to Debtor | | | | |
| Creditor #: 7 James A. McFarland, Jr. 103 Forest Hills Drive Wilmington, NC 28402-1119 | - | | | | | | | |
| | | | | | | | | 359,932.27 |
| Account No. | | | | 03/15/2010 - 08/15/2010 Engineering of Deck located at 118-122 Princess Street, Wilmington, NC and 37 acres on Ellis Road, Jacksonville, NC | | | | |
| Creditor #: 8 Paramount Engingeering Attn:  Managing Agent 5911 Oleander Drive, Suite 201 Wilmington, NC 28403 | - | | | | | | | |
| | | | | | | | | 12,201.80 |
| Account No. | | | | Potential Recovery | | | | |
| Creditor #: 9 State of North Carolina c/o William E. Wolak, Esq. 615 Bess Street Wilmington, NC 28402 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

| Sheet no. _1_ of _2_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 584,528.39 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  East Coast Development II, LLC                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Creditor #: 10 Cindy York, Esq. 2030 Eastwood Road, Suite 7 Wilmington, NC 28403 | - | | | | | | X | |
| | | | | | | | | 81,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. _2__ of _2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  81,000.00

Total
(Report on Summary of Schedules)  1,008,178.28

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    East Coast Development II, LLC           ,      Case No. _____

                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Adams Outdoor Advertising<br>Attn:  Managing Agent<br>9509 Hamburg Road<br>Ladson, SC 29456 | Lease of Billboard - 2841 Azalea Drive, Charleston, SC |
| Blue Sky Services Real Estate<br>Attn:  Managing Agent<br>2810 Yonkers Road<br>Raleigh, NC 27604 | Exclusive Right to Sell Listing Agreement for 121 Market Street, Wilmington, NC |
| Blue Sky Services Real Estate<br>Attn:  Managing Agent<br>2810 Yonkers Road<br>Raleigh, NC 27604 | Exclusive Right to Sell Listing Agreement for 304 & 308 Castle Hayne Road (a/k/a 1704 Castle Hayne Road) |
| Blue Sky Services Real Estate<br>Attn:  Managing Agent<br>2810 Yonkers Road<br>Raleigh, NC 27604 | Exclusive Right to Sell Listing Agreement for 3404 & 3412 Castle Hayne Road & 109 Gladiolus Road, Castle Hayne, NC |
| Blue Sky Services Real Estate<br>Attn:  Managing Agent<br>2810 Yonkers Road<br>Raleigh, NC 27604 | Exclusive Right to Sell Listing Agreement for 30.41 acres located at the intersection of Hwys 74 & 76 and Mt. Misery Road, Leland, NC |
| Blue Sky Services Real Estate<br>Attn:  Managing Agent<br>2810 Yonkers Road<br>Raleigh, NC 27604 | Exclusive Right to Sell Listing Agreement for Osprey Point, Jacksonville, NC |
| Blue Sky Services Real Estate<br>Attn:  Managing Agent<br>2810 Yonkers Road<br>Raleigh, NC 27604 | Exclusive Right to Lease Listing Agreement for 118 Princess Street, Wilmington, NC |
| Blue Sky Services Real Estate<br>Attn:  Managing Agent<br>2810 Yonkers Road<br>Raleigh, NC 27604 | Exclusive Right to Lease Listing Agreement for 125 Market Street, Wilmington, NC |
| CG Dawgs<br>Attn:  Managing Agent<br>210 Candle Wood Drive<br>Wilmington, NC 28411 | Lease of Parking Lot - 121 Market Street, Wilmington, NC |

2

\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    East Coast Development II, LLC                    ,      Case No. _____

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| City of Wilmington - City Mgr.<br>Attn: Managing Agent<br>P.O. Box 1810<br>Wilmington, NC 28402 | Lease of Parking Lot located at 20 N. Front Street, Wilmington, NC |
| Nancy Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | Contract for Bookkeeping Services |
| Creoles Cafe, LLC<br>Attn: Managing Agent<br>122 Princess Street<br>Wilmington, NC 28402 | Lease of Restaurant and Parking Lot located at 118B, 122 & 126 Princess Street, Wilmington, NC |
| Hooks Burglar & Fire Alarm<br>Attn: Managing Agent<br>311 Judges Rd., Bldg. #3<br>Wilmington, NC 28405 | Service Contract - Alarm System located at 118-122 Princess Street, Wilmington, NC |
| Koke & Company, LLC<br>Attn: Managing Agent<br>122 Princess Street<br>Wilmington, NC 28402 | Lease of Office Space located at 118-C Princess Street, Wilmington, NC |
| Mad Hatter Wilmington, LLC<br>Attn: Managing Agent<br>122 South Cardinal Drive<br>Wilmington, NC 28403 | Lease - 125 Market Street, First Floor, Wilmington, NC |
| Mad Hatter Wilmington, LLC<br>Attn: Managing Agent<br>122 South Cardinal Drive<br>Wilmington, NC 28403 | Lease - 125 Market Street, Second Floor, Wilmington, NC |
| Mad Hatter Wilmington, LLC<br>Attn: Managing Agent<br>122 South Cardinal Drive<br>Wilmington, NC 28403 | Lease - 125 Market Street, Third Floor, Wilmington, NC |
| Mad Hatter Wilmington, LLC<br>Attn: Managing Agent<br>122 South Cardinal Drive<br>Wilmington, NC 28403 | Lease - 127 Market Street, Wilmington, NC |
| Rivers End Enterprises, Inc.<br>Attn: Managing Agent<br>P.O. Box 1118<br>Wilmington, NC 28402 | Lease of 118-A Princess Street, Wilmington, NC to Hell's Kitchen Restaurant |
| RSC Equipment Rental<br>Attn: Managing Agent<br>16340 Park Ten Place #300<br>Houston, TX 77084 | Lease - RSC #473 - 105 Swing Road, Greensboro, NC |

Sheet   1   of   2   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  East Coast Development II, LLC                                    ,        Case No. _____
                                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| RSC Equipment Rental<br>Attn:  Managing Agent<br>16340 Park Ten Place #300<br>Houston, TX 77084 | Lease - RSC #474 - 5600 Chapel Hill Hwy, Raleigh, NC |
| RSC Equipment Rental<br>Attn:  Managing Agent<br>16340 Park Ten Place #300<br>Houston, TX 77084 | Lease - RSC #477 - 2841 Azalea Drive, Charleston, SC |
| RSC Equipment Rental<br>Attn:  Managing Agent<br>16340 Park Ten Place #300<br>Houston, TX 77084 | Lease - RSC #457 - 1400 Bluff Road, Columbia, SC |
| RSC Equipment Rental<br>Attn:  Managing Agent<br>16340 Park Ten Place #300<br>Houston, TX 77084 | Lease - RSC #476 - 1000 Woodruff Road, Greenville, SC |
| RSC Equipment Rental<br>Attn:  Managing Agent<br>16340 Park Ten Place #300<br>Houston, TX 77084 | Lease - RSC #479 - 1020 N. Front Street, Wilmington, NC |
| Eddie Williamson<br>1704 Castle Hayne Road<br>Wilmington, NC 28401 | Lease - 1704 Castle Hayne Road, Wilmington, NC |

Sheet ___2___ of ___2___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   East Coast Development II, LLC                                          ,   Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not
disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David B. Benford<br>2821 Shandy Lane<br>Wilmington, NC 28409-2024 | First Bank<br>Attn:  Managing Agent<br>P.O. Box 926<br>Troy, NC 27371-0926 |
| Nancy B. Benford<br>2821 Shandy Lane<br>Wilmington, NC 28409-2024 | First Bank<br>Attn:  Managing Agent<br>P.O. Box 926<br>Troy, NC 27371-0926 |
| David H. Jacobs<br>6133 Lakeshore Drive<br>Columbia, SC 29206-4331<br>    Personal Guaranty | BB&T<br>Attn:  Managing Agent<br>P.O. Box 2306<br>Wilson, NC 27894-2306 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>    Personal Guaranty | First Bank<br>Attn:  Managing Agent<br>P.O. Box 926<br>Troy, NC 27371-0926 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>    Personal Guaranty | BB&T<br>Attn:  Managing Agent<br>P.O. Box 2306<br>Wilson, NC 27894-2306 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28403-1119<br>    Personal Guaranty | Ciena Capital<br>Attn:  Managing Agent<br>212 S. Tryon St., Suite 1560<br>Charlotte, NC 28281 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>    Personal Guaranty | First Bank<br>Attn:  Managing Agent<br>P.O. Box 926<br>Troy, NC 27371-0926 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>    Personal Guaranty | Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 740502<br>Atlanta, GA 30374-0502 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>    Personal Guaranty | Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 740502<br>Atlanta, GA 30374-0502 |

1
_____ continuation sheets attached to Schedule of Codebtors

In re   East Coast Development II, LLC                               ,     Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>   Personal Guaranty | Georgia Capital, LLC<br>Attn:  Managing Agent<br>3525 Piedmont Road<br>Atlanta, GA 30305 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28401-1119<br>   Personal Guaranty | First Bank<br>Attn:  Managing Agent<br>P.O. Box 926<br>Troy, NC 27371-0926 |
| Sonja K. McFarland<br>103 Forest Hills Drive<br>Wilmington, NC 28403-1119<br>   Personal Guaranty | Ciena Capital<br>Attn:  Managing Agent<br>212 S. Tryon St., Suite 1560<br>Charlotte, NC 28281 |
| Sonja K. McFarland<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>   Personal Guaranty | Georgia Capital, LLC<br>Attn:  Managing Agent<br>3525 Piedmont Road<br>Atlanta, GA 30305 |
| Jonathan W. Washburn<br>2401 Churchill Drive<br>Wilmington, NC 28403-4805 | First Bank<br>Attn:  Managing Agent<br>P.O. Box 926<br>Troy, NC 27371-0926 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re   East Coast Development II, LLC          Case No. _____

                            Debtor(s)          Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Sole Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____23____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   April 8, 2011 _____      Signature    /s/ James A. McFarland, Jr. _____

                                                      James A. McFarland, Jr.
                                                      Sole Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re    East Coast Development II, LLC         Case No. _____

                             Debtor(s)          Chapter    11 _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $159,069.68 | 2011 - YTD |
| $678,227.00 | 2010 |
| $654,691.00 | 2009 |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2011 - YTD |
| $85,381.00 | 2010 |
| $48,000.00 | 2009 |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Nancy Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | 02/04/2011 - $5,000.00<br>03/02/2011 - $7,000.00<br>03/25/2011 - $3,500.00 | $15,500.00 | $151,500.00 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>    Member | 04/06/2010 | $2,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>    Member | 06/16/2010 | $7,000.00 | $0.00 |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 07/01/2010 | $5,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 07/20/2010 | $10,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 08/02/2010 | $3,500.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 09/08/2010 | $5,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 09/21/2010 | $1,500.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 10/04/2010 | $12,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 10/12/2010 | $1,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 10/26/2010 | $1,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 10/28/2010 | $1,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 10/29/2010 | $1,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 11/03/2010 | $10,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 11/23/2010 | $2,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 12/06/2010 | $2,000.00 | $0.00 |

4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 12/06/2010 | $5,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 12/09/2010 | $5,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 12/19/2010 | $2,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 12/31/2010 | $1,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 01/03/2011 | $1,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 01/04/2011 | $5,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 01/04/2011 | $6,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 01/04/2011 | $5,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 01/20/2011 | $1,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 02/03/2011 | $5,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 02/03/2011 | $5,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 02/03/2011 | $5,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>Member | 02/03/2011 | $2,000.00 | $0.00 |

5

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>    Member | 03/02/2011 | $16,000.00 | $0.00 |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>    Member | 03/25/2011 | $2,000.00 | $0.00 |
| Sonja K. McFarland<br>103 Forest Hills Drive<br>Wilmington, NC 28401-1119<br>    Wife of Member | 04/06/2010 | $4,000.00 | $0.00 |
| Sonja K. McFarland<br>103 Forest Hills Drive<br>Wilmington, NC 28401-1119<br>    Wife of Member | 08/04/2010 | $3,000.00 | $0.00 |
| Sonja K. McFarland<br>103 Forest Hills Drive<br>Wilmington, NC 28401-1119<br>    Wife of Member | 08/16/2010 | $3,000.00 | $0.00 |
| Sonja K. McFarland<br>103 Forest Hills Drive<br>Wilmington, NC 28401-1119<br>    Wife of Member | 10/21/2010 | $1,000.00 | $0.00 |
| Sonja K. McFarland<br>103 Forest Hills Drive<br>Wilmington, NC 28401-1119<br>    Wife of Member | 12/06/2011 | $5,000.00 | $0.00 |
| Sonja K. McFarland<br>103 Forest Hills Drive<br>Wilmington, NC 28401-1119<br>    Wife of Member | 02/22/2011 | $1,000.00 | $0.00 |
| Mutual of Omaha Co.<br>Attn:  Managing Agent<br>P.O. Box 2749<br>Omaha, NE 68103-2749<br>    Member's Life Insurance | 09/01/2010, 11/23/2010,<br>02/15/2011 - $536.25 each | $1,608.75 | $0.00 |
| Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 105693<br>Atlanta, GA 30348-5693<br>    Mortgage Payment for Member's Primary<br>Residence | 04/02/2010 | $3,323.85 | $0.00 |
| Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 105693<br>Atlanta, GA 30348-5693<br>    Mortgage Payment for Member's Primary<br>Residence | 06/16/2010 | $3,332.09 | $0.00 |
| Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 105693<br>Atlanta, GA 30348-5693<br>    Mortgage Payment for Member's Primary<br>Residence | 07/07/2010, 08/03/2010 -<br>$3,332.12 each | $6,664.24 | $0.00 |

6

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 105693<br>Atlanta, GA 30348-5693<br>    Mortgage Payment for Member's Primary Residence | 10/01/2010 | $4,674.78 | $0.00 |
| Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 105693<br>Atlanta, GA 30348-5693<br>    Mortgage Payment for Member's Primary Residence | 11/01/2010 | $3,346.66 | $0.00 |
| Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 105693<br>Atlanta, GA 30348-5693<br>    Mortgage Payment for Member's Primary Residence | 12/02/2010 | $3,346.64 | $0.00 |
| Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 105693<br>Atlanta, GA 30348-5693<br>    Mortgage Payment for Member's Primary Residence | 01/06/2011 | $3,346.65 | $0.00 |
| Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 105693<br>Atlanta, GA 30348-5693<br>    Mortgage Payment for Member's Primary Residence | 02/04/2011, 03/04/2011 - $3,346.67 each | $6,693.34 | $0.00 |
| Lendmark Financial Services<br>Attn:  Managing Agent<br>4720 New Centre Dr., Unit E<br>Wilmington, NC 28405-3000<br>    Mortgage Payment for Member's Second Residence | 04/02/2010, 05/04/2010, 06/01/2010, 07/07/2010, 08/03/2010, 09/01/2010, 10/01/2010, 11/01/2010, 12/02/2010, 01/06/2011, 02/04/2011, 03/04/2011 - $2,451.45 each | $29,417.45 | $0.00 |
| Lendmark Financial Services<br>Attn:  Managing Agent<br>4720 New Centre Dr., Unit E<br>Wilmington, NC 28405-3000<br>    Payment for Member's Boat | 04/02/2010, 05/04/2010, 06/01/2010, 07/07/2010, 08/03/2010, 09/01/2010, 10/01/2010, 11/01/2010, 12/02/2010, 01/06/2011, 02/04/2011, 03/04/2011 - $450.73 each | $5,408.76 | $0.00 |
| Travelers Insurance<br>Attn:  Managing Agent<br>One Tower Square<br>Hartford, CT 06183-1001<br>    Insurance Payment for Member's Boat | 07/20/2010 | $16.00 | $0.00 |
| Travelers Insurance<br>Attn:  Managing Agent<br>One Tower Square<br>Hartford, CT 06183-1001<br>    Insurance Payment for Member's Boat | 08/24/2010, 10/01/2010, 11/01/2010, 11/17/2010, 12/16/2010, 01/20/2011 - $81.92 each | $491.52 | $0.00 |

7

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Travelers Insurance<br>Attn:  Managing Agent<br>One Tower Square<br>Hartford, CT 06183-1001<br>    Insurance Payment for Member's Boat | 02/15/2011 | $476.52 | $0.00 |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐
    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| In the Matter of the Foreclosure of the Deed of Trust of Movies One, LLC, as recorded in Book R 6795, Page 1871, Guilford County Registry<br>11-SP-960 | Foreclosure | Guilford County Superior Court | Pending |
| In the Matter of the Foreclosure of the Deed of Trust of Movies One, LLC, as recorded in Book 5329, Page 263, New Hanover County Registry<br>11-SP-297 | Foreclosure | New Hanover County Superior Court | Pending |
| Foreclosure of Deed of Trust recorded in Book 3313, at Page 411, Onslow County Registry<br>10-SP-1144 | Foreclosure | Onslow County Superior Court | Pending - Sale occurred March 29, 2011 |
| Foreclosure of Deed of Trust recorded in Book 5446, at Page 1318, New Hanover County Registry<br>11-SP-113 | Foreclosure | New Hanover County Superior Court | Pending - Sale occurred March 29, 2011 |
| Fire-Technologies, Inc. vs. 100 Block of Market Street, LLC<br>10-M-1791 | Claim of Lien | New Hanover County Superior Court | |
| In the Matter of the Foreclosure of the Deed of Trust of Movies One, LLC, as recorded in Book 12775 at Page 2452, Wake County Registry<br>11-SP-843 | Foreclosure | Wake County Superior Court | Pending |
| In the Matter of the Foreclosure of the Deed of Trust of Movies One, LLC, as recorded in Book 5146 at Page 798, New Hanover County Registry<br>11-SP-278 | Foreclosure | New Hanover County Superior Court | Pending |
| In the Matter of the Foreclosure of the Deed of Trust of Movies One, LLC, as recorded in Book 5156 at Page 917, New Hanover County Registry<br>11-SP-276 | Foreclosure | New Hanover County Superior Court | Pending |
| In the Matter of the Foreclosure of the Deed of Trust of Movies One, LLC, as recorded in Book 5146, Page 825, New Hanover County Registry<br>11-SP-277 | Foreclosure | New Hanover County Superior Court | Pending |
| In the Matter of the Foreclosure of the Deed of Trust of David B. Benford, Nancy B. Benford and Jonathan W. Washburn, as recorded in Book 2705, Page 514, Brunswick County Registry<br>11-SP-119 | Foreclosure | Brunswick County Superior Court | Pending |
| Wells Fargo Bank, N.A. vs. Movies One, LLC<br>2011-CP-23-1387 | Foreclosure | Greenville County Court of Common Pleas, South Carolina | Pending |
| Wells Fargo Bank, N.A. v. Movies One, LLC<br>2011-LP-10-86 | Lis Pendens | Charleston County Court of Common Pleas, South Carolina | Pending |

8

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Wells Fargo Bank, N.A. v. Movies One, LLC FD215 | Lis Pendens | Richland County Court of Common Pleas, South Carolina | Pending |
| Wells Fargo Bank, N.A. v. Movies One, LLC Book JJ3, Page 001 | Lis Pendens | Greenville County Court of Common Pleas, South Carolina | Pending |
| Movies One, LLC and Hampstead 504, LLC vs. ABZ, LLC; Jamestown Pender Commercial, L.P., Jamestown Pender Residential, L.P.; Pender County Board of Education 08-CVS-00499 | Breach of Contract | Pender County Superior Court | Pending |
| Cindy York v. James A. McFarland, Jr., East Coast Development II, LLC, and East Coast Development & Brokerage, Inc. 11-CVS-1273 | Breach of Oral Contract | New Hanover County Superior Court | Pending |
| State of North Carolina v. Sean Tobin; Damon Scarpelli; James A. McFarland, Jr; The Mad Hatter Wilmington, LLC; 100 Block of Market Street, LLC; East Coast Development II, LLC 11-CVS-1391 | Public Nuisance | New Hanover County Superior Court | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

9

---

### 7.  Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Historic Wilmington Foundation, Inc. Attn:  Managing Agent 516 N. Fourth Street Wilmington, NC 28401 | | 10/11/2010 | Gala Sponsorship - $1,250.00 |
| Historic Wilmington Foundation, Inc. Attn:  Managing Agent 516 N. Fourth Street Wilmington, NC 28401 | | 10/21/2010 | Gala Sponsorship - $1,250.00 |

---

### 8.  Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| 118-B Princess Street, Wilmington, NC | Basement Bar Flooded from Hell's Kitchen Bathroom | July 1010 |
| 118-B Princess Street, Wilmington, NC | Basement Bar flooded from Hell's Kitchen Bathroom | August 2010 |
| 118-B & 122 Princess Street, Wilmington, NC | Ground floor & basement bars flooded from burst pipe | September 2010 |

---

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | 03/07/2011 | $10,000.00 cash, $40,000 Note from James M. McFarland, Jr. secured by a deed of trust on property owned by Brad and Nancy Clayman  *See additional information contained in the Affidavit of the Attorney for the Debtor |

---

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

10

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11.  Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12.  Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13.  Setoffs**

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14.  Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15.  Prior address of debtor**

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| Commercial Building 1000 Woodruff Road Greenville, SC 29607 | SC Dept. of Heath & Environ. Control Attn: Managing Agent 2600 Bull Street Columbia, SC  29201-1708 | March 21, 2000 - No further action letters received | SUPERB Act |
| Prime Equipment Co Attn: Managing Agent 1020 N. Front Street Wilmington, NC 28401 | NC Dept. of Environ. & Nat. Res. Attn: Managing Agent 1646 Mail Service Center Raleigh, NC  27699-1646 | December 9, 2009 - No further action letters received | Inactive Hazardous Waste Sites Priority List N.C. Gen. Stat. Section 130A-310.2 |

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

12

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| Nancy Clayman<br>802 Cordgrass Road<br>Hampstead, NC 28443 | June 1996 - Present |
| Laurie Brown, CPA<br>1577-D New Garden Road #267<br>Greensboro, NC 27410 | September 2000 - Present |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|
| Nancy Clayman | 802 Cordgrass Road<br>Hampstead, NC 28443 | June 1996 - Present |
| Laurie Brown, CPA | 1577-D New Garden Road #267<br>Greensboro, NC 27410 | September 2000 - Present |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Nancy Clayman | 802 Cordgrass Road<br>Hampstead, NC 28443 |
| Laurie Brown, CPA | 1577-D New Garden Road #267<br>Greensboro, NC 27410 |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Georgia Capital<br>Attn: Managing Agent<br>Suite 1000 Volunteer Bldg.<br>832 Georgia Avenue<br>Chattanooga, TN 37402 | September 2009<br>November 2010 |
| Wells Fargo Bank, N.A.<br>c/o Jim Gragnolati<br>Two Wachovia Center, M-10<br>D1129-100<br>Charlotte, NC 28288 | October 2010 |
| First Bank<br>Attn: Managing Agent<br>201 Market Street<br>Wilmington, NC 28402 | June 2010 |
| Amerisave Mortgage Corp.<br>Attn: Managing Agent<br>One Capital City Plaza<br>3350 Peachtree Road, 10th Floor<br>Atlanta, GA 30326 | May 2010 |
| Agree Capital Corp.<br>Attn: Managing Agent<br>179-14 Union Turnpike<br>Fresh Meadows, NY 11366 | May 2010 |
| Select Commercial Funding<br>Attn: Managing Agent<br>1233 Beech Street, Suite 33<br>Atlantic Beach, NY 11509 | May 2010<br>July 2010 |
| Commercial Equity Solutions<br>Attn: Managing Agent<br>5111 N. Scottsdale Road, Suite 202<br>Scottsdale, AZ 85250 | May 2010 |
| Letovsky Real Estate Corp.<br>Attn: Managing Agent<br>1310 Greene Avenue, Suite 210<br>Montreal, Quebec H3Z 2B2 | June 2010 |
| Tremont Realty Capital<br>Attn: Managing Agent<br>200 State Street<br>Boston, MA 02109 | July 2010 |
| Remington Capital<br>Attn: Managing Agent<br>8800 East Raintree Drive, Suite 200<br>Scottsdale, AZ 85260 | July 2010 |
| Inter Mark Management<br>Attn: Managing Agent<br>807 Gervais Street, Suite 301<br>Columbia, SC 29223 | July 2010 |
| Direct Capital Solutions<br>Attn: Managing Agent<br>1600 Roseneath Road, #208<br>Richmond, VA 23230 | August 2010 |
| Lending Universe<br>Attn: Managing Agent<br>5002 Strohm Avenue<br>Toluca Lake, CA 91601 | August 2010 |

14

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Avatar Financial<br>Attn:  Managing Agent<br>100 Wall Street<br>Seattle, WA 98121 | August 2010 |
| Restructure Solutions<br>Attn:  Managing Agent<br>5900 Pasteur Court #100<br>Carlsbad, CA 92008 | September 2010 |
| New Dawn Capital Corp.<br>Attn:  Managing Agent<br>469 7th Avenue, 3rd Floor Suite 222<br>New York, NY 10018 | September 2010 |
| Business Loan Store<br>Attn:  Managing Agent<br>1213 Culbreth Drive<br>Wilmington, NC 28405 | September 2010 |
| Lenox Financial<br>Attn:  Managing Agent<br>65 Broadway, Suite 835<br>New York, NY 10006 | October 2010 |
| Rushmore Capital<br>Attn:  Managing Agent<br>65 Broadway, Suite 835<br>New York, NY 10006 | November 2010 |
| Harley & Assoc. Comm. Real Estate<br>Attn:  Managing Agent<br>398 Carl Street, Suite 101<br>Wilmington, NC 28403 | November 2010 |
| Emerald Creek Capital<br>Attn:  Managing Agent<br>One Penn Plaza, 34th Floor<br>New York, NY 10119 | February 2011 |
| Bank of Internet<br>Attn:  Managing Agent<br>12777 High Bluff Dr., Suite 205<br>San Diego, CA 92130 | February 2011 |
| Wyndham Capital Mortgage, Inc.<br>Attn:  Managing Agent<br>6115 Park South Drive, Ste 200<br>Charlotte, NC 28210 | March 2011 |
| Country Bank Mortgage<br>Attn:  Managing Agent<br>3501 Pelham Road, Suite 201<br>Greenville, SC 29615 | March 2011 |

---

**20. Inventories**

None  
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

15

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐  controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119 | Member | Sole Member - 100% |

---

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■  commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■  immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐  in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| James A. McFarland, Jr.<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>   Member | 04/06/2010, 06/16/2010, 07/01/2010,<br>07/20/2010, 08/02/2010, 09/08/2010,<br>09/21/2010, 10/04/2010, 10/12/2010,<br>10/26/2010, 10/28/2010, 10/29/2010,<br>11/03/2010, 11/23/2010, 12/06/2010,<br>12/09/2010, 12/19/2010, 12/31/2010,<br>01/03/2011, 01/04/2011, 01/20/2011,<br>02/03/2011, 03/02/2011, 03/25/2011 | $130,000.00 |
| Sonja K. McFarland<br>103 Forest Hills Drive<br>Wilmington, NC 28402-1119<br>   Wife of Member | 04/06/2010, 08/04/2010, 08/16/2010,<br>10/21/2010, 12/06/2011, 02/22/2011 | $17,000.00 |
| Mutual of Omaha Co.<br>Attn:  Managing Agent<br>P.O. Box 2749<br>Omaha, NE 68103-2749<br>   Member's Life Insurance | 09/01/2010, 11/23/2010, 02/15/2011 | $1,608.75 |

16

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Attn:  Managing Agent<br>P.O. Box 105693<br>Atlanta, GA 30348-5693<br>   Mortgage Payment for Member's Primary<br>Residence | 04/02/2010, 06/16/2010, 07/07/2010,<br>08/03/2010, 10/01/2010, 11/01/2010,<br>12/02/2010, 01/06/2011, 02/04/2011,<br>03/04/2011 | $34,728.25 |
| Lendmark Financial Services<br>Attn:  Managing Agent<br>4720 New Centre Dr., Unit E<br>Wilmington, NC 28405-3000<br>   Mortgage Payment for Member's Second<br>Residence | 04/02/2010, 05/04/2010, 06/01/2010,<br>07/07/2010, 08/03/2010, 09/01/2010,<br>10/01/2010, 11/01/2010, 12/02/2010,<br>01/06/2011, 02/04/2011, 03/04/2011 | $29,417.45 |
| Lendmark Financial Services<br>Attn:  Managing Agent<br>4720 New Centre Dr., Unit E<br>Wilmington, NC 28405-3000<br>   Payment for Member's Boat | 04/02/2010, 05/04/2010, 06/01/2010,<br>07/07/2010, 08/03/2010, 09/01/2010,<br>10/01/2010, 11/01/2010, 12/02/2010,<br>01/06/2011, 02/04/2011, 03/04/2011 | $5,408.76 |
| Travelers Insurance<br>Attn:  Managing Agent<br>One Tower Square<br>Hartford, CT 06183-1001<br>   Insurance Payment for Member's Boat | 07/20/2010, 08/24/2010, 10/01/2010,<br>11/01/2010, 11/17/2010, 12/16/2010,<br>01/20/2011, 02/15/2011 | $984.04 |

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

17

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   April 8, 2011                            Signature   /s/ James A. McFarland, Jr.

                                                          James A. McFarland, Jr.

                                                          Sole Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re    East Coast Development II, LLC                                        ,        Case No. _____
                                                    Debtor

                                                                                          Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James A. McFarland, Jr.<br>P.O. Box 2277<br>Wilmington, NC 28402 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____April  8, 2011_____                        Signature  /s/ James A. McFarland, Jr._____
                                                                        James A. McFarland, Jr.
                                                                        Sole Member

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____0____  continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re   East Coast Development II, LLC

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April 8, 2011

/s/ James A. McFarland, Jr.

James A. McFarland, Jr./Sole Member
Signer/Title

EAST COAST DEVELOPMENT II, LLC
P.O. BOX 2277
WILMINGTON, NC 28402

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

BRANCH OF REORGANIZATION
ATTN: MANAGING AGENT
3475 LENOX ROAD NE #1000
ATLANTA, GA 30326

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT. OF REVENUE
ATTN: MANAGING AGENT
PO BOX 25000
RALEIGH, NC 27640

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 25903
RALEIGH, NC 27611

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

UNITED STATES ATTORNEY
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

ADAMS OUTDOOR ADVERTISING
ATTN: MANAGING AGENT
9509 HAMBURG ROAD
LADSON, SC 29456

BB&T
ATTN: MANAGING AGENT
P.O. BOX 2306
WILSON, NC 27894-2306

DAVID B. BENFORD
2821 SHANDY LANE
WILMINGTON, NC 28409-2024

NANCY B. BENFORD
2821 SHANDY LANE
WILMINGTON, NC 28409-2024

BLUE SKY SERVICES REAL ESTATE
ATTN: MANAGING AGENT
2810 YONKERS ROAD
RALEIGH, NC 27604

BRUNSWICK COUNTY TAX OFFICE
ATTN: MANAGING AGENT
P.O. BOX 29
BOLIVIA, NC 28422-0029

CG DAWGS
ATTN: MANAGING AGENT
210 CANDLE WOOD DRIVE
WILMINGTON, NC 28411

CIENA CAPITAL
ATTN: MANAGING AGENT
212 S. TRYON ST., SUITE 1560
CHARLOTTE, NC 28281

CITY OF WILMINGTON - CITY MGR.
ATTN: MANAGING AGENT
P.O. BOX 1810
WILMINGTON, NC 28402

BRAD CLAYMAN
802 CORDGRASS ROAD
HAMPSTEAD, NC 28443

NANCY CLAYMAN
802 CORDGRASS ROAD
HAMPSTEAD, NC 28443

CREOLES CAFE, LLC
ATTN: MANAGING AGENT
122 PRINCESS STREET
WILMINGTON, NC 28402

FIRE TECHNOLOGIES, INC.
C/O H. KENNETH STEPHENS, II
701 PRINCESS STREET
WILMINGTON, NC 28401

FIRST BANK
ATTN: MANAGING AGENT
P.O. BOX 926
TROY, NC 27371-0926

GEORGIA CAPITAL, LLC
ATTN: MANAGING AGENT
3525 PIEDMONT ROAD
ATLANTA, GA 30305

BRIAN GESHICKTER, ESQ.
215 RACINE DRIVE, SUITE 204
WILMINGTON, NC 28403

HOOKS BURGLAR & FIRE ALARM
ATTN: MANAGING AGENT
311 JUDGES RD., BLDG. #3
WILMINGTON, NC 28405

DAVID H. JACOBS
6133 LAKESHORE DRIVE
COLUMBIA, SC 29206-4331

JAMES A. MCFARLAND, JR.
103 FOREST HILLS DRIVE
WILMINGTON, NC 28402-1119

KOKE & COMPANY, LLC
ATTN:  MANAGING AGENT
122 PRINCESS STREET
WILMINGTON, NC 28402

MAD HATTER WILMINGTON, LLC
ATTN:  MANAGING AGENT
122 SOUTH CARDINAL DRIVE
WILMINGTON, NC 28403

RUTH MAZUREK
98-11 QUEENS BLVD., SUITE 1B
REGO PARK, NY 11374

JAMES A. MCFARLAND, JR.
P.O. BOX 2277
WILMINGTON, NC 28402

SONJA K. MCFARLAND
103 FOREST HILLS DRIVE
WILMINGTON, NC 28402-1119

NEW HANOVER COUNTY TAX O
ATTN:  MANAGING AGENT
P.O. BOX 18000
WILMINGTON, NC 28406

ONSLOW COUNTY TAX OFFICE
ATTN: MANAGING AGENT
39 TALLMAN STREET
JACKSONVILLE, NC 28540

PARAMOUNT ENGINGEERING
ATTN:  MANAGING AGENT
5911 OLEANDER DRIVE, SUITE 201
WILMINGTON, NC 28403

PENDER COUNTY TAX OFFICE
ATTN:  MANAGING AGENT
P.O. BOX 1047
BURGAW, NC 28425-1047

RIVERS END ENTERPRISES, INC.
ATTN:  MANAGING AGENT
P.O. BOX 1118
WILMINGTON, NC 28402

RSC EQUIPMENT RENTAL
ATTN:  MANAGING AGENT
16340 PARK TEN PLACE #300
HOUSTON, TX 77084

STATE OF NORTH CAROLINA
C/O WILLIAM E. WOLAK, ESQ.
615 BESS STREET
WILMINGTON, NC 28402

JONATHAN W. WASHBURN
2401 CHURCHILL DRIVE
WILMINGTON, NC 28403-4805

WELLS FARGO BANK, N.A.
ATTN:  MANAGING AGENT
P.O. BOX 740502
ATLANTA, GA 30374-0502

EDDIE WILLIAMSON
1704 CASTLE HAYNE ROAD
WILMINGTON, NC 28401

CINDY YORK, ESQ.
2030 EASTWOOD ROAD, SUITE 7
WILMINGTON, NC 28403